# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 16, 2023

Clerk
United States Court of Appeals
  for the Fifth Circuit
F. Edward Hèbert Bldg.
600 S. Maestri Place
New Orleans, LA 70130

      **Re:  SEC, et al.**
          **v. Michelle Cochran,**
          **No. 21-1239 (Your docket No. 19-10396)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

             Sincerely,

             SCOTT S. HARRIS, Clerk

             By

             M. Altner
             Assistant Clerk– Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 16, 2023

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Mr. Gregory George Garre, Esq.
Lanham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004

> **Re:  SEC, et al.**
> **v. Michelle Cochran,**
> **No. 21-1239**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fifth Circuit.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk– Judgments

cc:  Clerk, USCA 5th Cir.
      (Your docket No. 19-10396)

# Supreme Court of the United States

### No.  21–1239

### SECURITIES AND EXCHANGE COMMISSION, ET AL.,

Petitioners

v.

### MICHELLE COCHRAN

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further proceedings consistent with the opinion of this Court.

April 14, 2023



A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States